No. 961.   WATKINS *v.* RAGEN, WARDEN.   March 26,
1945.   The petition for writ of certiorari to the Supreme
Court of Illinois is denied for the reason that application

864

therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.